IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRIAN J. MURPHY,<br><br>        Plaintiff,<br><br>v.<br><br>CATERPILLAR INC., a Delaware corporation,<br><br>        Defendant. | Case No. 1:21-cv-01282-JES-JEH |

## JOINT MOTION FOR SETTLEMENT CONFERENCE

Pursuant to Magistrate Judge Hawley's Standing Order, Plaintiff Brian J. Murphy and Defendant Caterpillar Inc. submit their Joint Motion for Settlement Conference as follows:

1. On October 6, 2021, Plaintiff filed his Complaint in this case. (Dkt. No. 1.)

2. Defendant filed its Answer and Defenses on December 20, 2021. (Dkt. No. 8.)

3. On December 27, 2021, the Court entered an Order setting this case for a scheduling conference on February 4, 2022 and setting February 1, 2022 as the deadline to file a discovery plan. (Dkt. Nos. 10, 11.)

4. The Parties have conferred and agree that this case should be set for a settlement conference with Magistrate Judge Hawley before the Parties are required to engage in a scheduling conference and before this Court sets discovery and other deadlines.

5. Magistrate Judge Hawley's Standing Order Section XIV is entitled "Settlement conferences and mediation" and provides, in relevant part, that "[w]hen the parties all agree that they would like a settlement conference or mediation with a magistrate judge, they should file a joint or agreed motion requesting a settlement conference. The Court will then set a telephone

hearing to set a deadline for submission of confidential pre-settlement statements, if any, and to select a date for the settlement conference."

6. Accordingly, the Parties request that the Court set a telephone hearing to set a deadline for submission of confidential pre-settlement statements and to select a date for a settlement conference.

7. The Parties further request that the Court strike the February 4, 2022 scheduling conference, strike the February 1, 2022 deadline to file a discovery plan, and reschedule that conference and any case deadlines only in the event that this matter does not settle.

**WHEREFORE**, the Parties respectfully request that the Court set a telephone hearing to set a deadline for submission of confidential pre-settlement statements and to select a date for a settlement conference.  The Parties further respectfully request that the Court strike the February 4, 2022 scheduling conference, strike the February 1, 2022 deadline to file a discovery plan, and reschedule that conference and any case deadlines only in the event that this matter does not settle.

**DATED:  January 13, 2022**

| BRIAN J. MURPHY | CATERPILLAR INC. |
|---|---|
| By:  */s/ Jonathan A. Backman* | By:  */s/ Katherine Mendez* |
| Jonathan A. Backman<br>Law Office of Jonathan A. Backman<br>117 North Center Street<br>Bloomington, Illinois 61701<br>jbackman@backlawoffice.com<br><br>*Attorney for Plaintiff* | Katherine Mendez<br>Sharilee K. Smentek<br>SEYFARTH SHAW LLP<br>233 S. Wacker Dr., Suite 8000<br>Chicago, Illinois 60606<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br>E-mail: kmendez@seyfarth.com<br>         ssmentek@seyfarth.com<br><br>*Attorneys for Defendant* |

78767921v.1

## CERTIFICATE OF SERVICE

I, Katherine Mendez, an attorney, certify that on January 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CMECF system, which will send notification of such filing to the following at the e-mail address on file with the Court:

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 North Center Street
Bloomington, Illinois 61701
jbackman@backlawoffice.com

*/s/ Katherine Mendez*